1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile:  314.721.0905
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2484 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Bobby Joe Conley, et al.,<br><br>                              Plaintiffs<br><br>    vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Barry Rose and Barbara Liotto in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

1  DATED: 1/15, 2010        By: _____
2                                John J. Carey
3                                **CAREY & DANIS, LLC**
                                  8235 Forsyth Blvd., Suite 1100
4                                 St. Louis, Missouri 63105
                                  Telephone: 314.725.7700
5                                 Facsimile: 314.721.0905

6                                *Attorneys for Plaintiffs*

7  DATED: 1/27, 2010        By: _____
8

9                                **DLA PIPER LLP (US)**
                                  1251 Avenue of the Americas
10                                New York, New York 10020
                                  Telephone: 212-335-4500
11                                Facsimile: 212-335-4501

12                               *Defendants' Liaison Counsel*

13

14

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
16

17  Dated: FEB - 3 2010       _____
18                            Hon. Charles R. Breyer
                              United States District Court
19

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE